UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOEL DARDEN,                                                                    JUDGMENT
                                                                                        09-CV- 2451 (SJ)
                                        Petitioner,

     -against-


BUREAU OF PRISONS, et al.,


                                        Respondents.
-------------------------------------------------------------------X
JOEL DARDEN,                                                                    10-CV- 1331 (SJ)

                                        Petitioner,

     -against-


UNITED OF AMERICA,


                                        Respondent.
-------------------------------------------------------------------X


          An Order of Honorable Sterling Johnson Jr., United States District Judge, having

been filed on April 19, 2010, granting petitioner's motion to modify the sentence imposed by

the Court under Criminal Action Number 00-CR- 315; amending the sentence of 120 months

to 81 months pursuant to 28 U.S.C. § 2255; and dismissing in its entirety the petition for a

writ of habeas corpus pursuant to 28 U.S.C. § 2241; it is

          ORDERED and ADJUDGED that petitioner's motion is granted; that the Court

will amend its sentence of 120 months to 81 months pursuant to 28 U.S.C. § 2255; and that

it is further,

JUDGMENT
09-CV- 2451 (SJ)


ORDERED and ADJUDGED that the petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2241 is dismissed in its entirety.


Dated:  Brooklyn, New York
        April 23, 2010

                                                        /S/
                                                ROBERT C. HEINEMANN
                                                Clerk of Court